[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 109.]

THE STATE OF OHIO, APPELLANT, *v.* GREBER, APPELLEE.

[Cite as *State v. Greber*, 1998-Ohio-496.]

*Court of appeals' judgment reversed on the authority of State v. Rush.*

(No. 98-18—Submitted August 19, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Delaware County, No. 97CAA-07-023.

————————————

*W. Duncan Whitney*, Delaware County Prosecuting Attorney, and *Lopa B. Parikh*, Assistant Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————